## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**FRED MICHAEL LAMERE**
**ADC # 100444**                                                    **PLAINTIFF**

**V.**                          **CASE NO. 4:09CV00082 JLH/BD**

**BRUCE PENNINGTON, et al.**                                **DEFENDANTS**

### <u>ORDER</u>

The Court has screened Plaintiff's Amended Complaint (docket entry #7) and it appears that Plaintiff has stated a claim for an Eighth Amendment violation against Defendants Sergeant Lobbs, Sergeant Lester, Lieutenant Pennington, Sheriff Pennington, and Corporal Westbrook.  Specifically, Plaintiff claims that these Defendants were personally aware of Plaintiff's serious medical needs, had the authority to order that Plaintiff receive the necessary medical care to treat his needs, yet failed to do so. Accordingly, service is proper for these Defendants.

The Clerk of Court shall prepare a summons for Defendants Sergeant Lobbs, Sergeant Lester, Lieutenant Pennington, Sheriff Pennington, and Corporal Westbrook. The United States Marshal is directed to serve copies of the Complaint and Amended Complaint, with any attachments (docket entries #2 and #7), and a summons for these Defendants at the Saline County Detention Facility, 735 S. Neeley, Benton, Arkansas, 72015, without prepayment of fees and costs or security therefor.

IT IS SO ORDERED this 6th day of April, 2009.

_____

UNITED STATES MAGISTRATE JUDGE